UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CV-21044-MARTINEZ-OTAZO-REYES

OPEN ACCESS FOR ALL, INC. and
ANDRES GOMEZ,

    Plaintiffs,

vs.

DEEL SALES, LLC,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, DEEL SALES, LLC, by and through its undersigned counsel and files its Certificate of Interested Parties and Corporate Disclosure Statement pursuant to the Court's Order dated March 26, 2018 (Doc. 6) and pursuant to Federal Rule of Civil Procedure 7.1 and states as follows:

List of persons, associated persons, parent corporations, firms, partnerships, limited liability companies or corporations that have a financial interest in the outcome of this case:

1. Deel Sales, LLC—Defendant
2. Invercosa Investments, LLC – owner of Defendant
3. Daniel O'Malley-Manager of Deel Sales, LLC
4. Carlos Bellosta-Manager of Deel Sales, LLC
5. Jose Bellosta-Manager of Deel Sales, LLC
6. Quinton & Paretti, P.A. – Counsel for Defendant
7. Open Access for All, Inc. – Plaintiff
8. Andres Gomez – Plaintiff
9. Scott R. Dinin – Counsel for Plaintiffs

Dated this 25th day of April.

                                                Respectfully submitted,

                                                /s/ A. Edward Quinton, III
A. Edward Quinton, III, Esquire
(Fla. Bar No. 464074)
QUINTON & PARETTI, P.A.
SunTrust International Center
1 SE 3rd Avenue, Suite 1405
Miami, Florida 33131
PH: (305) 358-2727
FAX: (305) 358-0779
Email: equinton@quintonparetti.com
       lpena@quintonparetti.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CCM/ECF on Scott R. Dinin this 25th day of April 2018.

                                                /s/ A. Edward Quinton, III
A. Edward Quinton, III, Esquire