UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: 1:18-cv-21044-JEM

OPEN ACCESS FOR ALL, INC.,
and ANDRES GOMEZ,

    Plaintiffs,

v.

DEEL SALES, LLC

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Open Access For All, Inc. and Andres Gomez, and Defendant Deel Sales, LLC, hereby give notice that the Parties have reached a resolution and will be executing a confidential settlement agreement resolving all claims and matters in this case. The Parties respectfully request thirty (30) days to file a stipulated form of dismissal with this Court.

Dated: October 22, 2018.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ A. Edward Quinton, III* |
| Scott R. Dinin, Esq. | A. Edward Quinton, III |
| Scott R. Dinin, P.A. | Quinton & Paretti, P.A. |
| 4200 NW 7th Avenue | SunTrust International Center |
| Miami, Florida 33127 | 1 SE 3rd Avenue, Suite 1405 |
| Tel: (786) 431-1333 | Miami, Florida 33131 |
| Fax: (786) 513-7700 | Telephone: (305) 358-2727 |
| E-mail: inbox@dininlaw.com | Facsimile: (305) 358-0779 |
| *Counsel for Plaintiff* | Email: equinton@quintonparetti.com |
| | *Counsel for Defendant* |

1